ALEXANDER BALASH, ADMINISTRATOR AD PROSEQUEN-
DUM OF THE ESTATE OF AGNES BALASH, DECEASED,
ET AL., PLAINTIFFS-RESPONDENTS, v. AMELIA NERI,
DEFENDANT-APPELLANT.

Submitted May 29, 1936—Decided October 2, 1936.

For the appellant, *Henry K. Golenbock.*

For the respondents, *Ezra W. Karkus.*

PER CURIAM.

The action was by a husband, individually, and as adminis-
trator *ad prosequendum* for damages arising from a collision
of motor cars in which his wife was killed, he was injured and
his car damaged to the point of being wrecked.

A trial of the issue resulted in a verdict of $10,000 for the
death of the wife and $2,349 to the husband individually.
The defendant-appellant obtained a rule to show cause why
these verdicts should not be set aside and a new trial granted
for the reasons that they were against the weight of the evi-
dence and excessive. No trial exceptions were reserved.

Upon hearing such rule the trial judge concluded that it
should be discharged upon condition that the plaintiffs below
accept damages of $8,000 as administrator *ad prosequendum*
and $1,849 individually. There was such an acceptance and
judgments were entered accordingly.

From these judgments defendant below appeals and the
grounds of appeal may be reduced to the single one that the
court abused its discretion in not sufficiently reducing the
verdicts.

We find nothing in the case which approaches, much less makes for an abuse of discretion legally presenting a ground of appeal forming the basis of a review by this court.

The judgments under review are affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 15.

*For reversal*—None.